IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENDON JENNINGS,<br><br>Defendant. | **8:24CR185**<br><br>**PRELIMINARY ORDER<br>OF FORFEITURE** |

This matter is before the Court upon the government's Motion for Preliminary Order of Forfeiture (Filing No. 28).   The Court has carefully reviewed the record in this case and finds as follows:

1.      On February 14, 2025, defendant Brendon Jennings ("Jennings") pleaded guilty to Count I of the Indictment (Filing No. 1) and admitted the Forfeiture Allegation. Count I charged Jennings with illegal receipt of a firearm by a person under indictment; in violation of 18 United States Code § 922(n).

2.      The Forfeiture Allegation sought forfeiture, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), of a Glock 43 9mm handgun bearing serial number AFRM407, seized by law enforcement officers on or about August 17, 2022, and a Glock 29 10mm handgun bearing serial number BXHT712 seized on or about August 25, 2022, as "firearms and ammunition involved in the commission of the offense."

3.      On November 26, 2024, a Bill of Particulars was filed (Filing No. 18) noticing that the following seized property is also subject to forfeiture:

- Glock handgun magazine containing 6 live 9mm rounds head stamped. This magazine was loaded inside the Glock 43 handgun.   One additional 9mm round located in the black bag.

- Unknown make handgun magazine containing 7 live 9mm rounds head stamped.   This magazine was located in the black bag.

- Promag drum magazine containing 33 live 9mm rounds head stamped. This magazine was located in the black bag.

- Two 10mm Glock magazines.   One 15 round magazine contained 13 live 10mm rounds head stamped GFL 10mm Auto. One empty 10 round magazine.

- Seventeen live 10mm rounds head stamped GFL 10mm Auto, inside a Defense Dynamics ammunition box.

4.      Based on Jennings' guilty plea and admission, Jennings forfeits his interest in the above referenced property and the government is entitled to possession of any interest Jennings has in the property pursuant to 21 U.S.C. § 853.

5.      The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1.      The government's Motion for Preliminary Order of Forfeiture (Filing No. 28) is granted.

2.      Based upon the Forfeiture Allegation of the Indictment (Filing No. 1), the Bill of Particulars (Filing No. 18), and Jennings' guilty plea and admission, the government is hereby authorized to seize the property.

3.      Jennings' interest in the property is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4.      The property is to be held by the government in its secure custody and control.

5.      Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person,

other than Jennings, having or claiming a legal interest in the property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6.    The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the property, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the property and any additional facts supporting the Petitioner's claim and the relief sought.

7.    The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the property as a substitute for published notice as to those persons so notified.

8.    Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 18th day of February 2024.


BY THE COURT:


Robert F. Rossiter, Jr.
Chief United States District Judge