IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BRENDON JENNINGS,<br><br>    Defendant. | 8:24CR185<br><br>FINAL ORDER<br>OF FORFEITURE |

   This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 31). The Court has carefully reviewed the record in this case and finds as follows:

   1.  On February 18, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 29) forfeiting defendant Brendon Jennings's interest in the following property:

- A Glock 43 9mm handgun bearing serial number AFRM407, seized by law enforcement officers on or about August 17, 2022;

- A Glock 29 10mm handgun bearing serial number BXHT712 seized on or about August 25, 2022;

- A Glock handgun magazine containing 6 live 9mm rounds head stamped. This magazine was loaded inside the Glock 43 handgun. One additional 9mm round located in the black bag.

- Unknown make handgun magazine containing 7 live 9mm rounds head stamped. This magazine was located in the black bag.

- Promag drum magazine containing 33 live 9mm rounds head stamped. This magazine was located in the black bag.

- Two 10mm Glock magazines. One 15 round magazine contained 13 live 10mm rounds head stamped GFL 10mm Auto. One empty 10 round magazine.

- Seventeen live 10mm rounds head stamped GFL 10mm Auto, inside a Defense Dynamics ammunition box.

2. A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on February 20, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on April 23, 2025 (Filing No. 30).

3. The government has advised the Court that no petitions have been filed. A review of the record supports that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 31) is granted.

2. All right, title and interest in and to the above-referenced property, held by any person or entity are forever barred and foreclosed.

3. The above-referenced property is forfeited to the government.

4. The government is directed to dispose of the above-referenced property in accordance with law.

Dated this 12th day of May 2025.

BY THE COURT:

*Robert F. Rossiter, Jr.* (signature)

Robert F. Rossiter, Jr.
Chief United States District Judge